IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Erffmeyer, Janet Marie

Printed: 10/14/08

Case Number: 04 B 14686
Judge: Squires, John H
Filed: 4/14/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: October 10, 2008
Confirmed: June 9, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 38,695.27 |  |
| Secured: |  | 32,678.70 |
| Unsecured: |  | 1,378.53 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,700.00 |
| Trustee Fee: |  | 1,938.04 |
| Other Funds: |  | 0.00 |
| Totals: | 38,695.27 | 38,695.27 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | Citi Residential Lending Inc | Secured | 22,109.26 | 21,861.25 |
| 3. | Citi Residential Lending Inc | Secured | 880.00 | 850.47 |
| 4. | Nuvell Financial Services | Secured | 9,966.98 | 9,966.98 |
| 5. | Nuvell Financial Services | Unsecured | 452.22 | 452.22 |
| 6. | ECast Settlement Corp | Unsecured | 176.92 | 176.92 |
| 7. | Premier Bankcard | Unsecured | 50.27 | 50.27 |
| 8. | Aspire Visa | Unsecured | 436.54 | 436.54 |
| 9. | Capital One | Unsecured | 108.01 | 108.01 |
| 10. | Capital One | Unsecured | 97.16 | 97.16 |
| 11. | ECast Settlement Corp | Unsecured | 57.41 | 57.41 |
| 12. | Providian | Unsecured |  | No Claim Filed |
|  |  |  | $ 37,034.77 | $ 36,757.23 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4% | 227.55 |
| 6.5% | 611.34 |
| 3% | 108.76 |
| 5.5% | 567.98 |
| 5% | 332.27 |
| 4.8% | 42.16 |
| 5.4% | 47.98 |
|  | $ 1,938.04 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Erffmeyer, Janet Marie | Case Number:  04 B 14686 |
| | Judge:  Squires, John H |
| Printed:  10/14/08 | Filed:  4/14/04 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

